**Order entered July 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00339-CV

**METHODIST HOSPITALS OF DALLAS, Appellant**

**V.**

**VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16088**

## ORDER

In accordance with our June 14, 2019 order to file either a motion to dismiss or a status report as to the progress of the parties' settlement, appellant has filed a status report informing the Court progress has been made but additional time is needed to finalize the agreement. We construe the report as a motion to extend and **GRANT** the motion. We **ORDER** appellant to file either a motion to dismiss or status report no later than August 2, 2019.

/s/      ERIN A. NOWELL
            JUSTICE